UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DANNY WILLIS** | **CIVIL ACTION NO. 09-1716** |
|     LA. DOC #504328 | |
| VS. | **SECTION P** |
| **WEST CARROLL PARISH** | **JUDGE ROBERT G. JAMES** |
| **DETENTION CENTER,** | |
| **ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B);

**MONROE, LOUISIANA**, this 2nd day of June, 2010.

 

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE